IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICIA BAUGH                                                                                          PLAINTIFF

v.                                          No. 4:04CV00218 GH

CONTINENTAL INSURANCE COMPANY;
REPLACEMENT PARTS, INC.; AND PARTS
WAREHOUSE, INC.                                                                                       DEFENDANTS

### **ORDER**

Pending before the Court is the November 14th motion by Continental to clarify regarding plaintiff's request for discovery and for extension of time to respond to that discovery. It states that plaintiff's October 17th response to the Court's September 26th order directing her to set out the specific interrogatories and requests for production that are tailored to her claim appears to include discovery concerning "conflict of interest" which goes beyond that alleged "procedural irregularity" asserted by plaintiff here. Continental requests the Court to provide clarification as to which discovery it must respond and an extension of time up until 30 days to respond. Plaintiff has not filed a response.

Pursuant to the September 26th order, the following interrogatories and requests for production contained in plaintiff's October 17th notice are to be responded to by Continental within 30 days from the file-date of this order: Requests for Production Nos. 1–3 (except for drafts) and Interrogatories Nos. 1, 2 (except as to manner of compensation), 5, 8, and 9.

Accordingly, the November 14th motion (#24) by Continental to clarify and for a 30-day extension of time to respond to discovery is hereby granted.

IT IS SO ORDERED this 7th day of December, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE